UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-9838 CAS (JCx) | Date | February 26, 2013 |
|---|---|---|---|
| Title | CRISTINA ANTILLON V. BANK OF AMERICA, N.A., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| MONICA SALCIDO | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

|  Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| n/a | n/a |

**Proceedings:**          **(In Chambers:)** ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR AT FEBRUARY 25, 2013 HEARING

On November 16, 2012, plaintiff filed the instant action against defendants Bank of America ("BOA"), and Does 1 through 10 inclusive.  On December 10, 2012, BOA filed a motion to dismiss plaintiff's complaint.  On January 8, 2013, plaintiff filed an opposition, and on February 8, 2013, defendant replied.

The Court held a hearing on defendant's motion on February 25, 2013, at 10:00 AM.  Plaintiff's counsel did not appear at the hearing, and is hereby ORDERED to show cause in writing by **March 11, 2013** explaining why counsel did not to appear.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | MS | |