UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 12-9838 CAS (JCx) | Date | April 4, 2013 |
|---|---|---|---|
| Title | CRISTINA ANTILLON V. BANK OF AMERICA, N.A., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS): ORDER DISMISSING CASE

On November 16, 2012, plaintiff filed the instant action against defendants Bank of America ("BOA"), and Does 1 through 10 inclusive. Plaintiff's complaint alleges six claims for relief: (1) breach of contract, (2) declaratory relief, (3) violation of the Fair Debt Collection Practices Act, 15. U.S.C. §1692 et seq. ("FDCPA"), (4) violation of California Business and Professions Code § 17200 et seq. ("UCL"), (5) negligent misrepresentation, and (6) accounting.

On December 10, 2012, BOA filed a motion to dismiss plaintiff's complaint, which the Court granted following a hearing on February 25, 2013. In the Court's order, the Court provided plaintiff leave to amend her complaint by March 25, 2013, and stated that failure to file an amended complaint by that date could result in dismissal of this case with prejudice. Dkt. #18 at 11.

Plaintiff has not filed an amended complaint as of the date of this order, which is ten days after the deadline provided by the Court. Nor has plaintiff filed a request for additional time to file an amended complaint. Consequently, the Court hereby DISMISSES this action with prejudice.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |